UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WALSH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARNWELL HOUSE OF TIRES, INC., ABC ENTITIES 1-10, JOHN DOES 1-10, being fictitious names,<br><br>　　　　Defendants. | DOCKET NO.: 2:17 Civ 4087 (JMV) (MF)<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL<br>**WITH PREJUDICE** |

　　　　This matter in difference in the above-captioned action having been amicably adjusted by and between the Plaintiff, Michael Walsh, and the Defendant Barnwell House of Tires, Inc.; it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice and without costs as to any claims asserted by or against any and all Parties.

McLAUGHLIN & NARDI, LLC
Attorneys for Plaintiff

By: /s/ Pauline M.K. Young
　　　Pauline M.K. Young, Esq.

Dated: December 27, 2017

FRANKLIN GRINGER & COHEN, P.C.
Attorneys for Defendant

By: _____
　　　Joshua Marcus, Esq.

Dated: December 27, 2017

So Ordered:

_____　　12/27/17
Judge John Michael Vazquez, U.S.D.J.　　Date